Patrick J. Geile,
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>GARY ALAN PORRETT and<br>JENNIFER SUE PORRETT,<br><br>Debtors. | Case No. 09-03881-JDP<br><br>Chapter 7<br><br>NOTICE OF APPEAL AND<br>STATEMENT OF ELECTION |

**Part 1: Identify the Appellant(s)**

1. Name(s) of appellant(s):     Gary A. Porrett and Jennifer S. Peterman, f/k/a Jennifer S. Porrett

2. Position of appellant(s):

Appellants are the Debtors in the Bankruptcy Case.

**Part 2: Identify the Subject of the Appeal**

3. Describe the judgment, order, or decree appealed from:

- Order Re: Motion for Determination of Property of the Bankruptcy Estate (Docket No. 69)

4. Date on which the Order was entered:     March 17, 2016

**Part 3: Identify the Other Parties to the Appeal**

5. List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys

NOTICE OF APPEAL - 1

Noah G. Hillen, Trustee
PO Box 6538
Boise, ID 83707
(208) 297-5774

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

Appellants **DO NOT** elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

DATED this 28 day of March, 2016.

FOLEY FREEMAN, PLLC

_____
Patrick J. Geile
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
(208) 888-9111

NOTICE OF APPEAL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28 day of March, 2016, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | _X_ | CM/ECF Notice |
| Noah G. Hillen<br>PO Box 6538<br>Boise, ID 83707 | _X_ | CM/ECF Notice |
| Wells Fargo Financial<br>c/o Jeffrey M. Wilson<br>PO Box 1544<br>Boise, ID 83701 | _X_ | CM/ECF Notice |

/s/
Patrick J. Geile

NOTICE OF APPEAL - 3