Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 09-03881-JDP |
|---|---|
| PORRETT, GARY & JENNIFER, | Chapter 7 |
| Debtors. | **STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |

      Noah Hillen (the "Trustee"), the chapter 7 trustee for the above-captioned bankruptcy case, and appellee, pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. Proc. 8005 provides notice that he elects to have the appeal of the Order Regarding Joint Motion for Determination of Property of the Bankruptcy Estate (Dkt. No. 69) to be heard by the United States District Court for the District of Idaho rather than the Bankruptcy Appellate Panel for the United States Court Appeals for the Ninth Circuit. This pleading services as the Trustee's written objection to the Debtor's appeal being heard and determined by the Bankruptcy Appellate Panel for the United States Court Appeals for the Ninth Circuit, as set forth in the Third Amended General Order No. 38 of the United States District Court for the District of Idaho.

Date: March 28, 2016                  /s/ Noah G. Hillen
                                                         Chapter 7 Trustee

**STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT - 1**

# **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the March 28, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Patrick John Geile    pgeile@foleyfreeman.com, rboyle@foleyfreeman.com

David Wayne Newman    ustp.region18.bs.ecf@usdoj.gov

US Trustee    ustp.region18.bs.ecf@usdoj.gov

Jeffrey M Wilson    jeff@wilsonmccoll.com, louis@wilsonmccoll.com

                                          /s/ Noah G. Hillen
                                          Chapter 7 Trustee