Patrick J. Geile,
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

Attorney for Debtors

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Bankr. Case No. 09-03881-JDP |
| GARY ALAN PORRETT and JENNIFER SUE PORRETT, | District Case No. 16-00135-BLW |
| Appellants. | |

**NOTICE OF RECORD ON APPEAL AND
STATEMENT OF ISSUES PRESENTED**

COMES NOW the Appellants, Gary A. Porrett and Jennifer S. Peterman, f/k/a Jennifer S. Porrett, by and through their counsel of record, Patrick J. Geile of Foley Freeman, PLLC, and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, and hereby submits the following:

**Issue Presented on Appeal**

Whether the court erred in its's ruling that property received pursuant to a consent order is property of the bankruptcy estate.

**Record on Appeal**

The following is Appellants' designation of the record on appeal:

A. Docket No. 70, Notice of Appeal;

**NOTICE OF RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED - 1**

B.  Docket No. 69, Order Regarding Joint Motion for Determination of Property;

C.  Docket No. 68, Memorandum Decision;

D.  Docket No. 65, Response to Trustee's Memorandum Regarding Joint Motion for Determination of Property of the Bankruptcy Estate;

E.  Docket No. 64, Trustee's Memorandum Regarding Joint Motion for Determination of Property of the Bankruptcy Estate;

F.  Docket No. 63, Memorandum of Law in support of Objection to Motion to Approve Compromise (this pleading was named incorrectly and is more appropriately "Debtors Memorandum in Support of Joint Motion for Determination of Property of the Bankruptcy estate");

G.  Docket No. 60, Joint Statement of Undisputed Facts and Stipulation Regarding Admission of Exhibits; and

H.  Docket No. 59; Joint Motion for Determination of Property of the Bankruptcy Estate.

DATED this 11th day of April, 2016.

FOLEY FREEMAN, PLLC

/s/
Patrick J. Geile
Attorney for Appellants

**NOTICE OF RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED - 2**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 11th day of April, 2016, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | __X__ | CM/ECF Notice |
| Noah G. Hillen<br>PO Box 6538<br>Boise, ID 83707 | __X__ | CM/ECF Notice |
| Wells Fargo Financial<br>c/o Jeffrey M. Wilson<br>PO Box 1544<br>Boise, ID 83701 | __X__ | CM/ECF Notice |

                                             /s/_____
                                             Patrick J. Geile