Patrick J. Geile,
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

**Attorney for Debtors**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **In re:**<br><br>**GARY ALAN PORRETT and JENNIFER SUE PORRETT,**<br><br>Appellants. | Bankr. Case No. 09-03881-JDP<br><br>District Case No. 16-00135-BLW |

### CERTIFICATE REGARDING TRANSCRIPT

COMES NOW the Appellants, Gary A. Porrett and Jennifer S. Peterman, f/k/a Jennifer S. Porrett, by and through their counsel of record, Patrick J. Geile of Foley Freeman, PLLC, and pursuant to Rule 8009(b)(1)(B) of the Federal Rules of Bankruptcy Procedure, the Appellants are not ordering a transcript of the proceeding.

DATED this 11th day of April, 2016.

                                                    FOLEY FREEMAN, PLLC

                                                    /s/ _____
                                                    Patrick J. Geile
                                                    Attorney for Appellants

**CERTIFICATE REGARDING TRANSCRIPT - 1**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 11th day of April, 2016, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | __X__ | CM/ECF Notice |
| Noah G. Hillen<br>PO Box 6538<br>Boise, ID 83707 | __X__ | CM/ECF Notice |
| Wells Fargo Financial<br>c/o Jeffrey M. Wilson<br>PO Box 1544<br>Boise, ID 83701 | __X__ | CM/ECF Notice |

 

                                                                    /s/ _____
                                                                    Patrick J. Geile

**CERTIFICATE REGARDING TRANSCRIPT - 2**